```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19580
   JOHN STAINE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-9121


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 10/23/2007 and was not confirmed.

    The case was dismissed without confirmation 12/10/2007.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG         .00           .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE    13300.00           .00           .00
NUVELL CREDIT CO LLC     SECURED NOT I     4691.65           .00           .00
PRO SE DEBTOR            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                         311.06

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                311.06

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 311.06
                   --------------        --------------
TOTALS                 311.06                 311.06

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 03/26/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```